# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BARRON,<br><br>  Plaintiff,<br><br>  v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>  Defendant. | Case No. 1:21-cv-01705-AWI-BAK<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>**FIVE-DAY DEADLINE** |

Plaintiff initiated this action on December 1, 2021 (ECF No. 1.) A summons was issued on the same date. (ECF No. 2.) Plaintiff has not returned a proof of service for the Defendant. There is an initial scheduling conference set in this action for February 23, 2022. (ECF No. 3.)

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order, Plaintiff shall file a notice informing the Court of the status of service on Defendant, and addressing readiness for the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:   **January 31, 2022**

_____
UNITED STATES MAGISTRATE JUDGE