# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BARRON,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>    Defendant. | Case No. 1:21-cv-01705-AWI-BAK<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MAY 5, 2022, PURSUANT TO STATUS REPORT RE SERVICE<br><br>(ECF Nos. 3, 6, 7) |

    Plaintiff initiated this action on December 1, 2021 (ECF No. 1.) A summons was issued on the same date. (ECF No. 2.) Because Plaintiff had not returned a proof of service for the Defendant and the initial scheduling conference set in this action for February 23, 2022, the Court ordered Plaintiff to file a status report regarding service on the Defendant. (ECF Nos. 3, 6.) On February 7, 2022, Plaintiff filed a status report indicating that Plaintiff has not yet completed service. (ECF No. 7.) The Court shall continue the scheduling conference to allow for the completion of service and for Defendant to file a responsive pleading.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently scheduled for February 23, 2022, is CONTINUED until May 5, 2022, at 11:30 a.m., and the parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **February 8, 2022**

UNITED STATES MAGISTRATE JUDGE