# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BARRON, | Case No. 1:21-cv-01705-AWI-BAK |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| FINANCIAL CREDIT NETWORK, INC., | (ECF No. 11) |
| Defendant. | **THIRTY-DAY DEADLINE** |

This action was filed on December 1, 2021. (ECF No. 1.) On March 28, 2022, the parties filed a joint notice of settlement. (ECF No. 11.) The notice of settlement indicates a settlement has been reached. The parties indicate they expect to file a stipulation of dismissal within sixty days.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). While the parties appear to seek an extension to permit filing their dispositional documents within sixty days, no good cause proffer, whatsoever, is made. Accordingly, the Court finds good cause does not exist to permit the filing within sixty days. Nevertheless, the Court shall extend the deadline to thirty days to file dispositional documents. The parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of entry of this order.

IT IS SO ORDERED.

Dated:  **March 29, 2022**

UNITED STATES MAGISTRATE JUDGE